*190920*

*newg 6/8/10*

*KLN*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:   KNUTSON, DANIEL SCOTT

Chapter 7 Case No.      09-30409

Please Check One:

___ Unclaimed Dividends

__X__ Distribution Less than $5

*RECEIVED 10 JUN -8 AM 9:44 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN*

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| CONSULTING RADIOLOGISTS 1221 NICOLLET MALL STE 600 MINNEAPOLIS, MN 55403-2444 | 1 | $ 33.42 | $ 1.01 |
| BUFFALO CLINIC P.A. 1700 HIGHWAY 25 NORTH BUFFALO, MN 55313 | 12 | $164.09 | $ 4.94 |
| TOTAL: | | | $ 5.95 |

Date:   06/07/2010

J. Richard Stermer,   Trustee